UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61156-CIV-DAMIAN

KAREN MASSIEL LOZANO-GALEANO,

      Petitioner,

v.

JUAN GONZALEZ, *et al.*,

      Respondents.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Status Report ("Report") [ECF No. 7], filed on June 9, 2026. In the Report, the parties indicate that on May 19, 2026, a bond hearing was conducted and that Petitioner was granted a bond and has been released on said bond. *See generally* Rpt. In light of this fact, it appears that the issue upon which the initial Petition for Writ of *Habeas Corpus* [ECF No. 1] was predicated has been resolved, and no further matters relating to the Petition remain for this Court's review and adjudication. In light of the foregoing, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 10th day of June, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record